Shawn Goodman
3965 Wyandotte St
Baton Rouge, Louisiana 70805
225-302-8452
(Address Change)

*Shawn-Wesley; Goodman*
*08-26-2023*

VS

Midland Mortgage
999 NW Grand Blvd
Oklahoma City, Oklahoma

### Case Number: 23 CV 629-SDD-SDL

To whom it may concern:
I'm requesting to have **Arbitration** added to case number above. Listed below are those that
I'm requesting to be added to the suit:

Kizer, Hood & Morgan LLP
Chantel Adams
2111 Quail Run Dr
Baton Rouge, Louisiana 70808

Dean Morris llc
Dean Morris
1505 N 19th St
Monroe, Louisiana 71201

Title Plus
4228 Bluebonnet Blvd
Baton Rouge, Louisiana 70809

Caliber Home Loans
Vasif Tamjeed Imtiazi
1525 S Belt Line Rd
Coppell, Texas 75019


Add-on Laws:

12 CFR 1026.13(d)(3)

15 USC 1692(f)

15 USC 1602(g)

Electronic Funds Transfer Act

UCC 3-603

UCC 3-604

I, SHAWN GOODMAN, IS REQUESTING TO HAVE MY ADDRESS CHANGED TO: 3965 WYANDOTTE ST BATON ROUGE, LA 70805

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    AUG 28 2023
CLERK

SHAWN-WESLEY; GOODMAN

08-28-2023