UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN GOODMAN

VERSUS

MIDLAND MORTGAGE, ET AL.

CIVIL ACTION

23-629-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson, dated March 31, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS FURTHER ORDERED** that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to timely effect service upon Defendants.

Signed in Baton Rouge, Louisiana the 8 day of May 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 19.